```
Richard Jare, (SBN 109331)
6440 Carolinda Drive
Granite Bay, CA 95746
Meetings Only at 455 Capitol Mall,
      S. 330A Sacramento, CA 95814,
Do not send any Postal mail to the Capitol Mall Address
Fax number:(916) 676-0511
Phone:    (916) 409-6600
Attorney for Debtor (s)
```

                    UNITED STATES BANKRUPTCY COURT
                    EASTERN DISTRICT OF CALIFORNIA
                          SACRAMENTO DIVISION

| | |
|---|---|
| In Re, | Case No. 13-21414-B-13J |
| | D.C. No.  RJ-003 |
| EllaMae Lofton | Motion TO AVOID LIEN PURSUANT TO 11 U.S.C. 522(f)(1)(A) of Wachovia Dealer Services, Inc., |
| | 11 U.S.C. § 363(b)(1), § 363(c)(2), § 363(f),§349(b)(1)(B) and Fed. R. Bankr. P. 6004(a) |
| | Date:  June 21, 2016<br>Time:   1:00 PM<br>Place: Dept. "B" , Ctrm 32<br>        501 I Street, 6th Flr |
| **Debtor** | Sacramento, California |

    By this Motion Debtor seeks to obtain an Order Avoiding the Judicial Lien of Wachovia Dealer Services, Inc. on the Debtor's Real Property commonly known as 516 Phoenix Circle Vallejo, CA 94589  pursuant to 11 U.S.C. §522(f)(1)(A).

    Debtor, EllaMae Lofton, hereby represents the following:

    1.   This case was commenced by the January 31st, 2013 filing of a voluntary petition for Relief under Chapter 13 of Title 11 of the United States Code.

    2.   This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. Section 1335 and 11 U.S.C. Section 522(f) in that this action is filed by the Debtors to cancel and avoid the judicial lien of Wachovia Dealer Services, Inc., on Debtor's

residence.

3. Wachovia Dealer Services, Inc. obtained a money judgment which eventually gave rise to Claim 2 in the amount of $13166.83. An abstract of judgment in that amount was subsequently recorded on or about September 3rd, 2008. A copy of the recorded abstract of judgment is filed herewith as an Exhibit.  On December 30th, 2015, Richard Jare went to the physical office of the Recorder of Solano County and purchased the copy of Respondent's Abstract of Judgment served and filed herewith as an exhibit.

4.  A lien was placed against Debtor's Real Property commonly known as 516 Phoenix Circle Vallejo, CA 94589  as a result of the recordation of the abstract of judgment.

5.  The aforesaid lien on the Debtor's Real Property commonly known as 516 Phoenix Circle, Vallejo CA 94589 impairs the allowed exemption to which the Debtors are entitled under C.C.P. § 703.140(b)(1).  The exemption claimed at the inception of the case in the sum of $1.00 has been allowed.

6.  Debtors incorporates by reference their Chapter 13 Schedules filed herein.  Schedule C is filed as an Exhibit.

7.  Served and filed herewith is the declaration of the debtor attesting that the replacement value of the property was $162,038.00.   The unavoidable liens are listed as follows:

1st. The Bank of New York Mellon, Ocwen Loan Servicing LLC,
 for  $248,734.49 ;

Per Deed of Trust Recorded November 18th, 2000
           (See Claim 7 filed on June 5, 2013 )


The amount by which the exemption is impaired is $1.00.

Thus, the judgement of Wachovia Dealer Services, Inc. Impairs the exemption and should be avoided pursuant to    11

**Page 2**

U.S.C. 522 (f)(1)(A).

8.  Schedule A, filed September 25, 2013, identifies debtor's interest in the real property identified as 516 Phoenix Circle, Vallejo CA 94589 ("Subject Property") . As noted in Schedule A, it is debtor's opinion that on the date that she commenced this bankruptcy case, the value of the Subject Property is $162,038.00, prior to any costs of sale. The Declaration of the Debtor also so attests.

**POINTS AND AUTHORITIES**

Pursuant to 11 U.S.C. Section 522(f)(1)(A), a debtor may avoid the fixing of a lien on a interest of the debtor in property to the extent that such lien impairs an exemption to which the debtor would have been entitled. A lien impairs an exemption "to the extent that the sum of the lien; all other liens on the property; and the amount of the exemption that the debtor could claim if there were no liens on the property, exceed the value that the debtor's interest in the property would have in the absence of any liens." 11 U.S.C. § 522(f)(2)(A)(i)-(iii).

On the petition date, the following pertinent facts are true.  Unavoidable senior liens of approximately $248,734.49 were encumbrances upon the property.  As the petition date replacement value of the Real Property commonly known as  516 Phoenix Circle, Vallejo CA 94589 was $162,038.00.  The respondent's judicial lien impairs the debtor's $1 allowed exemption.  As such, Wachovia Dealer Services, Inc.'s lien should be avoided in whole pursuant to 11 U.S.C. Section 522(f)(l)(A).

WHEREFORE, Debtors pray for an order canceling and avoiding

1 the aforesaid lien against Debtors residence, and for such other
2 and further relief as is just.
3
4                          Respectfully submitted.
5
6     June 7, 2016         /s/ Richard Jare
7                          _____
8                          Richard Jare, (SBN 109331)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28